CLYDE RICHARD LENHART, SR. *v.* STATE OF
MARYLAND

[No. 137, September Term, 1982.]

*Decided December 7, 1982.*

The matter was submitted to MURPHY, C. J., and SMITH,
ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted and
the State having conceded that the petitioner's right to a
jury trial in his *de novo* appeal to the circuit court was
improperly denied, the judgment of the Circuit Court for
Frederick County is reversed and the case is remanded for
a new trial.

> *Judgment of the Circuit Court for
> Frederick County reversed and
> case remanded to that Court for a
> new trial.*
> *Costs to be paid by Frederick
> County.*
> *Mandate to issue forthwith.*